# Rahm's Estate (No. 2).

Argued Oct. 30, 1907.　Appeal, No. 73, Oct. T., 1907, by Edward Rahm, from decree of O. C. Allegheny Co., Oct. T., 1905, No. 236, dismissing exceptions to adjudication in Estate of Virginia Rahm, deceased.　Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.　Affirmed.

Appellant claimed that the surcharge of the guardian should have been larger.　See preceding case.

PER CURIAM, November 14, 1907:
Appeal dismissed, with costs to be paid by appellant.